```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CRISTINA PENA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ADAM WOLF
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br>ADAM WOLF,                    )<br>                              )<br>            Defendant.        )<br>_____)  | No. 10 - CR - 0233 EFB<br><br>STIPULATION AND ORDER TO VACATE<br>THE MOTION TO DISMISS AND SET FOR<br>CHANGE OF PLEA AND SENTENCING<br><br>Date:  September 13, 2010<br>Time:  10 a.m.<br>Judge: Hon. Edmund F. Brennan |

   The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, ADAM WOLF, by and through counsel Lauren Cusick, Assistant Federal Defender, stipulate to vacate the motion to dismiss and the hearing set for August 30, 2010, at 10:00 AM, and set this case for a change of plea and sentencing on September 13, 2010, at 10:00 AM.

////

1  The parties agree that the ends of justice served by granting
2  defendant's request for a continuance outweigh the best interest of the
3  public and additional time is needed to negotiate a resolution. 18
4  U.S.C. § 3161(h)(7)(A).

5  The parties stipulate that for the purpose of computing time under
6  the Speedy Trial Act, the Court should exclude time from the date of
7  this order until September 13, 2010, under 18 U.S.C. §
8  3161(h)(7)(B)(iv) [Local Code T4].

Dated:  August 9, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
ADAM WOLF

Dated: August 9, 2010            BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Matthew C. Stegman
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.
Dated:  August 12, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER            -2-